**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tamayo Mollenthiel<br>    aka Tamayo S. Mollenthiel<br>    aka Tamayo Shimosakoda Mollenthiel<br>Claude C. Mollenthiel<br>    aka Claude Carl Mollenthiel<br>    aka Claude Mollenthiel<br><br>              **Debtors** | BK NO. 19-03635 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322