IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-19-03635 |
| CLAUDE C. MOLLENTHIEL and | : | |
| TAMAYO MOLLENTHIEL | : | |
| Debtors. | : | CHAPTER 13 |

***

| | | |
|---|---|---|
| CLAUDE C. MOLLENTHIEL and | : | |
| TAMAYO MOLLENTHIEL | : | |
| Movants, | : | |
| vs. | : | |
| EAST STROUDSBURG BOROUGH, FIELD | : | |
| POINT CAPITAL MANAGEMENT, PA DEPT | : | |
| OF REVENUE, PNC BANK and | : | |
| CHARLES J DEHART, III, ESQ. | : | |
| Respondents. | : | |

***

## **AFFIDAVIT**

***

We, Claude and Tamayo Mollenthiel, being first duly sworn according to law, do depose and state the following:

We have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 5-17-04598.

Since the dismissal of our Chapter 13 Bankruptcy case, our monthly expenses have decreased, and we are now in a position to resume making the monthly Trustee payments.

Dated: September 23, 2019     /s/Claude Mollenthiel
                              CLAUDE MOLLENTHIEL

Dated: September 23, 2019     /s/Tamayo Mollenthiel
                              TAMAYO MOLLENTHIEL