```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                        Case No. 19-03635-RNO
Claude C. Mollenthiel                                         Chapter 13
Tamayo Mollenthiel
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk              Page 1 of 2                  Date Rcvd: Sep 24, 2019
                              Form ID: pdf010              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db/jdb         +Claude C. Mollenthiel,    Tamayo Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
5244963        +Borough of East Stroudsburg,    24 Analomink Street,    East Stroudsburg, PA 18301-2801
5239359         Creative Mobile Technologies, LLC,    42-32-21st Street,    Long Island City, NY 11101
5239363        +Field Point Capital Management,    35 Vista Dr.,    Greenwich, CT 06830-7128
5239364        +John C. Prevoznik, Esq.,    47 South Courtland Street,    East Stroudsburg, PA 18301-2872
5239365        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5239366         Lehigh Valley United,    1344 North Sherman St.,    Allentown, PA 18109
5239367        +Linebarger Goggan Blair & Sampson, LLP,     P.O. Box 90128,    Harrisburg, PA 17109-0128
5239370        +MRC Recovery Inc.,    111 College Rd. #14,    Selden, NY 11784-2800
5239371        +NY State Dept. of Taxation & Finance,    Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
5239374        +PNC Bank,   Consumer Loan Center,    Mailstop: P5-PCLC-02-R,    2730 Liberty Ave.,
                 Pittsburgh, PA 15222-4704
5239373        +Phelan Hallinan Diamond & Jones, LLP,     One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                 Philadelphia, PA 19103-1814
5239376        +Powell, Rogers & Speaks,    P.O. Box 61107,    Harrisburg, PA 17106-1107
5239378        +Rubin & Rothman, LLC,    1787 Veterans Highway,    Islandia, NY 11749-1500
5239380       #+Vladimire Kaplan, et al,    c/o Andrew L. Statmore,    Fredson & Statmore, LLC,
                 915 Clifton Ave., Suite 100,    Clifton, NJ 07013-2725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 19:08:51
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5239357        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 19:09:06      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5239360        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 24 2019 19:09:08      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5239362        +E-mail/Text: bknotice@ercbpo.com Sep 24 2019 19:06:01      Enhanced Recovery Company,
                 P.O. Box  57547,    Jacksonville, FL 32241-7547
5239368        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 19:08:52      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
5242496         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 19:09:25      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5239369        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 19:06:00      Midland Credit Management,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
5239372         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2019 19:05:58      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5239375         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 19:09:07
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
5239377        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 19:09:08
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5240252        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 19:09:06      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5239358*       +Claude C. Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
5239379*       +Tamayo Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
5239361       ##East Stroudsburg Borough,    24 Analomink St.,    P.O. Box 303,    East Stroudsburg, PA 18301-0303
                                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 1 Claude C. Mollenthiel tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 2 Tamayo  Mollenthiel tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-19-03635 |
| CLAUDE C. MOLLENTHIEL and | : | |
| TAMAYO MOLLENTHIEL | : | |
| Debtors. | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| CLAUDE C. MOLLENTHIEL and | : | |
| TAMAYO MOLLENTHIEL | : | |
| Movants, | : | |
| vs. | : | |
| EAST STROUDSBURG BOROUGH, FIELD | : | |
| POINT CAPITAL MANAGEMENT, PA DEPT | : | |
| OF REVENUE, PNC BANK and | : | |
| CHARLES J DEHART, III, ESQ. | : | |
| Respondents. | : | |

*************************************************************************
ORDER
*************************************************************************

Upon consideration of Debtors' Motion to Extend the Automatic Stay, it is hereby:

**ORDERED**, that the Debtors' Motion to Extend the Automatic Stay is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated: September 24, 2019          By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge  (PAR)