```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 19-03635-RNO
Claude C. Mollenthiel                                            Chapter 13
Tamayo Mollenthiel
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: PRadginsk           Page 1 of 2         Date Rcvd: Oct 09, 2019
                             Form ID: ntcnfhrg         Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.
```
db/jdb         +Claude C. Mollenthiel,    Tamayo Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
5244963        +Borough of East Stroudsburg,    24 Analomink Street,    East Stroudsburg, PA 18301-2801
5239359         Creative Mobile Technologies, LLC,    42-32-21st Street,    Long Island City, NY 11101
5239363        +Field Point Capital Management,    35 Vista Dr.,    Greenwich, CT 06830-7128
5239364        +John C. Prevoznik, Esq.,    47 South Courtland Street,    East Stroudsburg, PA 18301-2872
5239365        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5239366         Lehigh Valley United,    1344 North Sherman St.,    Allentown, PA 18109
5239367         Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
5239370        +MRC Recovery Inc.,    111 College Rd. #14,    Selden, NY 11784-2800
5239371        +NY State Dept. of Taxation & Finance,    Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
5239374        +PNC Bank,    Consumer Loan Center,    Mailstop: P5-PCLC-02-R,    2730 Liberty Ave.,
                 Pittsburgh, PA 15222-4704
5239373        +Phelan Hallinan Diamond & Jones, LLP,    One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                 Philadelphia, PA 19103-1814
5239376        +Powell, Rogers & Speaks,    P.O. Box 61107,    Harrisburg, PA 17106-1107
5239378        +Rubin & Rothman, LLC,    1787 Veterans Highway,    Islandia, NY 11749-1500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 19:35:42
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5239357        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2019 19:36:14     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5239360        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 09 2019 19:37:01     CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5239362        +E-mail/Text: bknotice@ercbpo.com Oct 09 2019 19:34:54     Enhanced Recovery Company,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
5239368        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 19:37:04     LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
5242496         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 19:36:26     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5239369        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 09 2019 19:34:50     Midland Credit Management,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
5239372         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2019 19:34:46     PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5239375         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 19:48:13
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
5239377        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 19:35:46
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5240252        +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:36:09     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5239358*       +Claude C. Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
5239379*       +Tamayo Mollenthiel,    1 Blair Court,    E. Stroudsburg, PA 18301-1343
5239361        ##East Stroudsburg Borough,    24 Analomink St.,    P.O. Box 303,    East Stroudsburg, PA 18301-0303
5239380        ##+Vladimire Kaplan, et al,    c/o Andrew L. Statmore,    Fredson & Statmore, LLC,
                  915 Clifton Ave., Suite 100,    Clifton, NJ 07013-2725
                                                                                          TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                 Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
    Tullio DeLuca   on behalf of Debtor 1 Claude C. Mollenthiel tullio.deluca@verizon.net
    Tullio DeLuca   on behalf of Debtor 2 Tamayo Mollenthiel tullio.deluca@verizon.net
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                       TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Claude C. Mollenthiel,<br>aka Claude Carl Mollenthiel, aka Claude Mollenthiel, | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–03635–RNO |
| Tamayo Mollenthiel,<br>aka Tamayo S. Mollenthiel, aka Tamayo Shimosakoda Mollenthiel, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **November 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 22, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 9, 2019 |

ntcnfhrg (03/18)