# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CLAUDE C. MOLLENTHIEL and   :  CHAPTER 13
         TAMAYO MOLLENTHIEL        :
            Debtor(s)                  :
                                 :
         CHARLES J. DEHART, III       :
         STANDING CHAPTER 13 TRUSTEE :
            Movant                :
                                 :
         vs.                         :
                                 :
         CLAUDE C. MOLLENTHIEL and   :
         TAMAYO MOLLENTHIEL        :
            Respondent(s)         :  CASE NO.   5-19-bk-03635

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this  31st  day of October, 2019, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about October 21, 2019 be withdrawn, as all issues have been resolved.

                   Respectfully submitted:

                   /s/Charles J. DeHart, III
                   Standing Chapter 13 Trustee
                   8125 Adams Drive, Suite A
                   Hummelstown, PA 17036
                   (717) 566-6097

## CERTIFICATE OF SERVICE

      AND NOW, this  31st  day of October, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA  18504

                   /s/Deborah A. Behney
                   Office of Charles J. DeHart, III
                   Standing Chapter 13 Trustee23