UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Claude C. Mollenthiel and Tamayo Mollenthiel, | : | Case No. 5:19-bk-03635-RNO |
| | : | |
| | : | |
| Debtors | : | |
| | : | |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of David Fitzgibbon, Esquire (ID No. 206392) of Stradley Ronon Stevens & Young, LLP as counsel of record for DePalma Acquisition I LLC ("DePalma") in this action.

    STRADLEY RONON
    STEVENS & YOUNG, LLP

    */s/ David Fitzgibbon*
    David Fitzgibbon (No. 206392)
    Telephone: 215-564-8000
    Email: astutzman@stradley.com

    *Attorneys for DePalma Acquisition I LLC*

Dated: November 15, 2019

4258371v.1

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Claude C. Mollenthiel and Tamayo Mollenthiel, | : | Case No. 5:19-bk-03635-RNO |
| | : | |
| | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Andrew K. Stutzman, certify that on this date I caused to be filed and served via the Court's electronic filing system a true and correct copy of the Notice of Appearance as counsel of record for DePalma Acquisition I LLC on the following counsel of record:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton PA 18504

Charles J. DeHart, III, Esquire
Chapter 13 Trustee
8125 Adams Drive
Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

On November 15, 2019, I also caused a copy of the Notice of Appearance to be served via first class, United States mail, postage prepaid upon the following:

Claude C. Mollenthiel
Tamayo Mollenthiel
1 Blair Court
East Stroudsburg, PA 18301

4258371v.1

/s/David Fitzgibbon
David Fitzgibbon

Dated: November 15, 2019

4258371v.1