UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Claude C. Mollenthiel and Tamayo Mollenthiel, | : | Case No. 5:19-bk-03635-RNO |
| | : | |
| | : | |
| Debtors | : | |

**MOTION FOR *PRO HAC VICE***

1. This motion for admission *pro hac vice* is being filed on behalf of:

   Christopher A. Reese
   Stradley, Ronon, Stevens & Young, LLP
   2005 Market Street, Suite 2600
   Philadelphia, PA 19103-7098
   (215) 564-8000
   (215) 564-8120 (fax)
   creese@stradley.com
   PA Bar Id. No. 308939

   By David Fitzgibbon, Esq.

2. Applicant represents DePalma Acquisition I LLC ("DePalma"). Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3. Applicant is a member in good standing of the Bar of Pennsylvania, is not the subject of any pending disciplinary matters, is personally familiar with the Local Bankruptcy Rules of the United States Bankruptcy Court for the Middle District of Pennsylvania and shall abide by those Local Bankruptcy Rules.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Middle District of Pennsylvania:

   David Fitzgibbon, Esquire
   Stradley, Ronon, Stevens & Young, LLP
   2005 Market Street, Suite 2600
   Philadelphia, PA 19103-7098
   (215) 564-8000
   (215) 564-8120 (fax)
   dfitzgibbon@stradley.com
   PA Bar Id. No. 206392

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Applicant has not previously received *Pro Hac Vice* admission to this Court.

>Respectfully Submitted,
>
>**STRADLEY RONON STEVENS & YOUNG, LLP**
>
>*/s/ David Fitzgibbon*
>Andrew K. Stutzman (No. 206392)
>Stradley, Ronon, Stevens & Young, LLP
>2005 Market Street, Suite 2600
>Philadelphia, PA 19103-7098
>(215) 564-8000
>(215) 564-8120 (fax)
>astutzman@stradley.com
>
>*Attorneys for DePalma Acquisition I LLC*

Dated: November 15, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Claude C. Mollenthiel and Tamayo Mollenthiel, | : | Case No. 5:19-bk-03635-RNO |
| | : | |
| | : | **MOTION FOR PRO HAC VICE** |
| Debtors | : | |

## ORDER

Upon Consideration of the Motion for Pro Hac Vice Admission filed on behalf of Christopher A. Reese of Stradley Ronon Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098, (215) 564-8000, PA ID No. 308939, it is HEREBY ORDERED that said motion is GRANTED.

By the Court,

_____
Chief Judge Robert N. Opel, II