```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03635-RNO
Claude C. Mollenthiel                                           Chapter 13
Tamayo Mollenthiel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: PamelaRad            Page 1 of 1            Date Rcvd: Nov 18, 2019
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
aty             Christopher A. Reese,    Stradley, Ronon, Stevens & Young, LLP,    2005 Market Street, Suite 2600,
                 Philadelphia, PA  19103-7098

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David   Fitzgibbon    on behalf of Creditor    DePalma Acquisition I LLC Dfitzgibbon@stradley.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Tullio   DeLuca    on behalf of Debtor 1 Claude C. Mollenthiel tullio.deluca@verizon.net
              Tullio   DeLuca    on behalf of Debtor 2 Tamayo   Mollenthiel tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Claude C. Mollenthiel and Tamayo Mollenthiel, | : | Case No. 5:19-bk-03635-RNO |
| | : | |
| | : | **MOTION FOR PRO HAC VICE** |
| Debtors | : | |

## ORDER

Upon Consideration of the Motion for Pro Hac Vice Admission filed on behalf of Christopher A. Reese of Stradley Ronon Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098, (215) 564-8000, PA ID No. 308939, it is HEREBY ORDERED that said motion is GRANTED.

Dated: November 18, 2019

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (PR)