UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                          :
                                               :
CLAUDE MOLLENTHIEL and                         :
TAMAYOMOLLENTHIEL                              :    CHAPTER 13
           Debtors.                            :
*************************************************************************
PNC BANK, NA.                                  :
                                               :
           Movant,                             :
                                               :
    vs.                                        :
CLAUDE MOLLENTHIEL and                         :
TAMAYOMOLLENTHIEL                              :    CASE NO. 5-19-03635
                                               :
           Respondents.                        :
*************************************************************************

### DEBTORS' ANSWER TO MOTION FOR RELIEF FROM
### AUTOMATIC STAY UNDER SECTION 362
*************************************************************************

AND NOW COMES, Claude and Tamayo Mollenthiel, the Debtors, and files an Answer to PNC Bank's Motion for Relief From the Automatic Stay:

1. Claude and Tamayo Mollenthiel (hereinafter the "Debtors") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtors have failed to make post-petition mortgage payments.

3. Debtors fell behind on payments to the Movant. Debtors wish to enter into a Stipulation to include the post-petition arrears in an amended Plan.

4. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtors respectfully requests that Movant's Motion for Relief from the
Automatic Stay be denied.

Respectfully submitted,

Date: January 13, 2020     /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CHAPTER 13 |
| Debtors. : | |

*************************************************************************

| | |
|---|---|
| PNC BANK, NA. : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CASE NO. 5-19-03635 |
| : | |
| Respondents. : | |

*************************************************************************

### CERTIFICATE OF SERVICE
*************************************************************************

The undersigned hereby certifies that on January 13, 2020, he caused a true and correct copy of Debtor's Answer to PNC Bank's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

James Warmbrodt, Esq. at Jwarmbrodt@kmllawgroup.com

Dated: January 13, 2020                    /s/Tullio DeLuca
                                            Tullio DeLuca, Esquire