# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Claude C. Mollenthiel and Tamayo Mollenthiel, | Case No: 5-19-03635 |
| Debtors. | |

## LIMITED OBJECTION TO CONFIRMATION OF PLAN

1. Field Point Capital Management Co. ("Field Point") objects to the confirmation of the First Amended Plan (the "Plan") of the above captioned Debtors currently scheduled for confirmation on April 1, 2020 at the US Bankruptcy Courthouse, 197 S Main Street, Wilkes-Barre, PA 18701.

2. Section 2F of the Plan refers to Field Point as a secured creditor of Debtors purportedly holding as collateral "NYC Taxi Medallion 2A10."

3. Field Point is not and never has been a creditor of Debtors, has no business or other relationship with them, and holds no collateral belonging to Debtors. Field Point, based in Greenwich, Connecticut, is in the business of providing investment information and advice and is not in the business of making loans.

4. Counsel for Field Point has attempted to bring this mistake to the attention of counsel for the Debtors but has received no reply.

Whereupon, Field Point respectfully requests that the Plan, if confirmed, delete any reference to Field Point.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Gregory T. Sturges
Gregory T. Sturges
1717 Arch St., Suite 400
Philadelphia, PA 19103
215-988-7820
sturgesg@gtlaw.com

*Counsel for Field Point Management Co.*

# CERTIFICATE OF SERVICE

I, Gregory T. Sturges, hereby certify that on this 25th day of March 2020, the foregoing Limited Objection to Confirmation of Plan was served on all counsel of record via the Court's ECF system.

/s/ Gregory T. Sturges
Gregory T. Sturges