UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CLAUDE C. MOLLENTHIEL
AKA: CLAUDE MOLLENTHIEL, CLAUDE
CARL MOLLENTHIEL
TAMAYO MOLLENTHIEL
AKA: TAMAYO SHIMOSAKODA
MOLLENTHIEL, TAMAYO S. MOLLENTHIEL
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-03635-RNO

vs.

CLAUDE C. MOLLENTHIEL
AKA: CLAUDE MOLLENTHIEL, CLAUDE
CARL MOLLENTHIEL   TAMAYO
MOLLENTHIEL
AKA: TAMAYO SHIMOSAKODA
MOLLENTHIEL, TAMAYO S. MOLLENTHIEL
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 3, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    December 3, 2020                    Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CLAUDE C. MOLLENTHIEL
AKA: CLAUDE MOLLENTHIEL,
CLAUDE CARL MOLLENTHIEL
TAMAYO MOLLENTHIEL
AKA: TAMAYO SHIMOSAKODA     CHAPTER 13
MOLLENTHIEL, TAMAYO S.
MOLLENTHIEL

Debtor(s)     CASE NO: 5-19-03635-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> January 6, 2021 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 2160.00**
**AMOUNT DUE FOR THIS MONTH: $1080.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $3240.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
    **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

        Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

Dated:  December 3, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CLAUDE C. MOLLENTHIEL
          AKA: CLAUDE MOLLENTHIEL,
          CLAUDE CARL MOLLENTHIEL
          TAMAYO MOLLENTHIEL
          AKA: TAMAYO SHIMOSAKODA     CHAPTER 13
          MOLLENTHIEL, TAMAYO S.
          MOLLENTHIEL

                     Debtor(s)          CASE NO: 5-19-03635-RNO

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                Served Electronically

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE | UNITED STATES TRUSTEE |
| 381 N 9TH AVENUE | SUITE 1190 |
| SCRANTON, PA 18504- | 228 WALNUT STREET |
| | HARRISBURG, PA 17101 |

                                Served by First Class Mail

CLAUDE C. MOLLENTHIEL
TAMAYO MOLLENTHIEL
1 BLAIR COURT
E. STROUDSBURG, PA 18301

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 3, 2020             <u>Liz Joyce</u>
                                          for Charles J. DeHart, III, Trustee
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA 17036
                                          Phone: (717) 566-6097
                                          eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLAUDE C. MOLLENTHIEL
AKA: CLAUDE MOLLENTHIEL,
CLAUDE CARL MOLLENTHIEL
TAMAYO MOLLENTHIEL
AKA: TAMAYO SHIMOSAKODA
MOLLENTHIEL, TAMAYO S.
MOLLENTHIEL

          CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant           CASE NO: 5-19-03635-RNO

vs.

CLAUDE C. MOLLENTHIEL           MOTION TO DISMISS
AKA: CLAUDE MOLLENTHIEL,
CLAUDE CARL MOLLENTHIEL
TAMAYO MOLLENTHIEL
AKA: TAMAYO SHIMOSAKODA
MOLLENTHIEL, TAMAYO S.
MOLLENTHIEL

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.