# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 16, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Claude C and Tamayo Mollenthiel
        Chapter 13 Bankruptcy
        Case No. 5:19-bk-03635

Dear Sir/Madam:

    I have received returned mail for Midland Credit Management a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 2365 Northside Drive, Ste. 30, San Diego, CA 92108-2709. The correct information is as follows:

        Midland Credit Management
        P.O. Box 939069
        San Diego, CA 92193

I served the Notice to Creditors, Motion to Approve Loan Modification, Order and Certificate of Service at the above address on December 21, 2022. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/km