UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| CLAUDE MOLLENTHIEL and | : | |
| TAMAYOMOLLENTHIEL | : | CHAPTER 13 |
| Debtors. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PNC BANK, NA. | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| CLAUDE MOLLENTHIEL and | : | |
| TAMAYOMOLLENTHIEL | : | CASE NO. 5-19-03635 |
| | : | |
| Respondents. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTION TO CERTIFICATION OF DEFAULT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COMES, Claude and Tamayo Mollenthiel, the above Debtors, by and through their counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

      1. On January 02, 2020, Movant filed a Motion for Relief from the Automatic Stay due to a default in monthly payments.

      2. On October 10, 2023, Movant filed a Certificate of Default stating that the Debtors has failed to cure the arrears.

      3. Debtors made a payment of $1500.00 directly to Movant. Debtors will have the remaining balance on the arrears on October 13, 2023.

      4. The Debtors requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtors respectfully request that this Honorable Court sustain the Objection to the Certification of Default and deny the granting of relief from the automatic stay.

Respectfully submitted,

Date: October 10, 2023  /s/Tullio DeLuca
Tullio DeLuca, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CHAPTER 13 |
| Debtors. : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PNC BANK, NA. : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CASE NO. 5-19-03635 |
| : | |
| Respondents. : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on October 10, 2023 he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Brian Nicholas, Esq. at bnicholas@kmllawgroup.com

Date of Mailing: October 10, 2023    /s/Tullio DeLuca
                                              Tullio DeLuca, Esquire