UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CHAPTER 13 |
| Debtors. : | |

*****************************************************************************

| | |
|---|---|
| PNC BANK, NA. : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CASE NO. 5-19-03635 |
| : | |
| Respondents. : | |

*****************************************************************************

### CERTIFICATE OF CONCURRENCE

*****************************************************************************

I, Tullio DeLuca, Esquire, Counsel for Debtor, certify that I concur with the withdrawal of Movant's Certificate of Default.

    /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764