**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Claude C. Mollenthiel aka Claude Carl Mollenthiel aka Claude Mollenthiel<br>　　Tamayo Mollenthiel aka Tamayo S. Mollenthiel aka Tamayo Shimosakoda Mollenthiel<br>　　　　　<u>Debtors</u> | CHAPTER 13 |
| PNC Bank National Association<br>　　　　　<u>Moving Party</u><br>　　vs. | NO. 19-03635 MJC |
| Claude C. Mollenthiel aka Claude Carl Mollenthiel aka Claude Mollenthiel<br>Tamayo Mollenthiel aka Tamayo S. Mollenthiel aka Tamayo Shimosakoda Mollenthiel<br>　　　　　<u>Debtors</u> | 11 U.S.C. Section 362 |
| Jack N Zaharopoulos<br>　　　　　<u>Trustee</u> | |

**CERTIFICATE OF CONCURRENCE**

Debtors have concurred with the request to withdraw the Certification of Default.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant