UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CHAPTER 13 |
| Debtors. : | |

*************************************************************************

| | |
|---|---|
| PNC BANK, NA. : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CASE NO. 5-19-03635 |
| : | |
| Respondents. : | |

*************************************************************************

### OBJECTION TO CERTIFICATION OF DEFAULT

*************************************************************************

NOW COMES, Claude and Tamayo Mollenthiel, the above Debtors, by and through their counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

    1. On January 02, 2020, Movant filed a Motion for Relief from the Automatic Stay due to a default in monthly payments.

    2. On July 11, 2024, Movant filed a Certificate of Default stating that the Debtors has failed to cure the arrears.

    3. Debtors Counsel is in the process of contacting the Debtors to ascertain if payments have been made and/or if the Debtors are in possession of the payments to cure the alleged defaut.

    4. The Debtors requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtors respectfully request that this Honorable Court sustain the Objection to the Certification of Default and deny the granting of relief from the automatic stay.

Respectfully submitted,

Date: July 11, 2024  /s/Tullio DeLuca
Tullio DeLuca, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CHAPTER 13 |
| Debtors. : | |

************************************************************************

| | |
|---|---|
| PNC BANK, NA. : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| CLAUDE MOLLENTHIEL and : | |
| TAMAYOMOLLENTHIEL : | CASE NO. 5-19-03635 |
| : | |
| Respondents. : | |

************************************************************************

## CERTIFICATE OF SERVICE

************************************************************************

The undersigned hereby certifies that on July 11, 2024he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Brent J. Lemon, Esq. at blemon@kmllawgroup.com

Date of Mailing: July 11, 2024      /s/Tullio DeLuca
                                     Tullio DeLuca, Esquire