| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Claude C. Mollenthiel aka Claude Carl Mollenthiel aka Claude Mollenthiel |
| Debtor 2 (Spouse, if filing) | Tamayo Mollenthiel aka Tamayo S. Mollenthiel aka Tamayo Shimosakoda Mollenthiel |
| United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u> | |
| Case number <u>19-03635 MJC</u> | |

Form 4100R     CORRECTED

# Response to Notice of Final Cure Payment                          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of Creditor:**     PNC BANK NATIONAL ASSOCIATION         **Court claim no.** (if known):   6

**Last 4 digits** of any number you use to identify the debtor's account:     9995
**Property address:**
   1 Blair Court
   East Stroudsburg, PA 18301

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                                                        $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                                                        (a)         $ 4,458.94

b.   Total fees, charges, expenses, escrow, and costs outstanding:                                   + (b)         $ 0.00

c.   **Total.** Add lines a and b.                                                                                                   (c)         $ 4,458.94

Creditor asserts that the debtor(s) are contractually obligated for     08 / 01 / 2024
the postpetition payment(s) that first became due on:

| Debtor(s) | Claude C. Mollenthiel and Tamayo Mollenthiel | Case Number *(if known)*: 19-03635 MJC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*                              Date   10/04/2024
Brent Lemon
04 Oct 2024, 08:34:32, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                     Response to Notice of Final Cure Payment                     page 2

Document ID: fee58a6e4fcd521a2e3192ebaa26041ac5660338bf0655cdc805ce7e62ed20d5
Case 5:19-bk-03635-MJC    Doc 99    Filed 10/17/24    Entered 10/17/24 12:14:10    Desc
Main Document    Page 2 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Claude C. Mollenthiel aka Claude Carl Mollenthiel aka Claude Mollenthiel**<br><br>**Tamayo Mollenthiel aka Tamayo S. Mollenthiel aka Tamayo Shimosakoda Mollenthiel**<br><br>**Debtor(s)**<br><br>**PNC BANK NATIONAL ASSOCIATION**<br>                  Movant<br>    vs.<br><br>**Claude C. Mollenthiel aka Claude Carl Mollenthiel aka Claude Mollenthiel**<br><br>**Tamayo Mollenthiel aka Tamayo S. Mollenthiel aka Tamayo Shimosakoda Mollenthiel**<br>                  **Debtor(s)**<br><br>**Jack N Zaharopoulos**,<br>                  **Trustee** | BK NO. 19-03635 MJC<br><br>Chapter 13<br><br>Related to Claim No. 6 |

### CERTIFICATE OF SERVICE
### CORRECTED RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

Debtor(s)
Tamayo Mollenthiel aka Tamayo S. Mollenthiel
aka Tamayo Shimosakoda Mollenthiel
1 Blair Court
East Stroudsburg, PA 18301

Claude C. Mollenthiel aka Claude Carl Mollenthiel
aka Claude Mollenthiel
1 Blair Court
East Stroudsburg, PA 18301

Attorney for Debtor(s) (via ECF)
Tullio DeLuca
381 N. 9th Street
Scranton, PA 18504

Trustee (via ECF)
Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail.

Dated: <u>October 17, 2024</u>

<u>*/s/ Brent J. Lemon*</u>
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
comblemon@kmllawgroup.com

# Account History:

| Borrower: | MOLLENTHIEL,CLAUDE C | Address: | 1 BLAIR CT | Prin Bal: | $190,977 14 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | EAST STROUDSBURG | Add Prin Bal: | $92,360 31 (P) | Investor #: | |
| Due Date: | 08/01/2024 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account | |
| Last Pmt Appd On: | 09/25/2024 | Zip Code: | 18301 | Total Pmt Amt: | $1,464 06 | PLS Client ID: | |

## Request Criteria: Type = All, Date Range = From 10/02/2023 To 10/02/2024

Row Count = 146

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Funds Application | 09/27/2024 | 08/01/2024 | | | | | $909 52 | | -$4 00 | | $4 00 | | |
| Funds Application | 09/27/2024 | 08/01/2024 | | | | | $909 52 | | -$465 00 | | | $465 00 | I |
| Attorney Corp Adv Repay | 09/27/2024 | | | | | | $909 52 | | -$172 42 | $172 42 | | | |
| Funds Application | 09/26/2024 | 08/01/2024 | $787 49 | | | | $909 52 | | | $787 49 | | | |
| Funds Application | 09/26/2024 | 08/01/2024 | $172 42 | | | | $909 52 | | | $172 42 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 87 | | | | $909 52 | | | $0 87 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 87 | | | | $909 52 | | | $0 87 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 87 | | | | $909 52 | | | $0 87 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $200 00 | | | | $909 52 | | | $200 00 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 88 | | | | $909 52 | | | $0 88 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 88 | | | | $909 52 | | | $0 88 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 63 | | | | $909 52 | | | $0 63 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 88 | | | | $909 52 | | | $0 88 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 63 | | | | $909 52 | | | $0 63 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $200 00 | | | | $909 52 | | | $200 00 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $0 63 | | | | $909 52 | | | $0 63 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $100 00 | | | | $909 52 | | | $100 00 | | | |
| Misc Corp Adv Repay | 09/26/2024 | | $100 00 | | | | $909 52 | | | $100 00 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 87 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 87 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 87 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $200 00 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 88 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 88 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 63 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 88 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 63 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $200 00 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $0 63 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $100 00 | | | |
| Misc Corporate Adv Disb | 09/26/2024 | | | | | | $909 52 | | | $100 00 | | | |
| Funds Application | 09/25/2024 | 07/01/2024 | | | | | $909 52 | | | | | | |
| Funds Application | 09/25/2024 | 07/01/2024 | | $286 92 | $498 08 | $679 06 | $909 52 | | -$1,464 06 | | | | |
| Funds Application | 09/25/2024 | 06/01/2024 | | | | | $230 46 | | | | | | |
| Escrow Advance Repymt | 09/25/2024 | 06/01/2024 | | | | -$448 60 | $230 46 | | | | | | |
| Funds Application | 09/25/2024 | 06/01/2024 | | $286 17 | $498 83 | $679 06 | $679 06 | $448 60 | -$1,464 06 | | | | |
| Modified Payment | 09/20/2024 | 06/01/2024 | $1,500 00 | | | | | $448 60 | $1,500 00 | | | | |
| Modified Payment | 08/30/2024 | 06/01/2024 | $1,500 00 | | | | | $448 60 | $1,500 00 | | | | |
| Escrow Advance | 08/29/2024 | 06/01/2024 | $448 60 | | | $448 60 | | $448 60 | | | | | |
| Tax Disbursement | 08/29/2024 | 09/01/2024 | -$5,485 62 | | | -$5,485 62 | -$448 60 | | | | | | |
| Funds Application | 08/26/2024 | 06/01/2024 | | | | | $5,037 02 | | -$104 67 | | | $104 67 | |
| Statutory Exp Corp Adv Repay | 08/26/2024 | | | | | | $5,037 02 | | -$629 81 | $629 81 | | | |
| Attorney Corp Adv Repay | 08/26/2024 | | | | | | $5,037 02 | | -$160 81 | $160 81 | | | |
| Principal Bal Adjustment | 08/23/2024 | 06/01/2024 | | $245 46 | | | $5,037 02 | | | | | | |
| Principal Bal Adjustment | 08/23/2024 | 06/01/2024 | | -$245 46 | | | $5,037 02 | | | | | | |
| Principal Bal Adjustment | 08/22/2024 | 06/01/2024 | | -$245 46 | | | $5,037 02 | | | | | | |
| Misc Default Exp Corp Adv | 08/20/2024 | | | | | | $5,037 02 | | | $100 00 | | | |
| Funds Application | 08/19/2024 | 06/01/2024 | $734 48 | | | | $5,037 02 | | | $734 48 | | | |
| Funds Application | 08/19/2024 | 06/01/2024 | $160 81 | | | | $5,037 02 | | | $160 81 | | | |
| Principal Bal Adjustment | 08/09/2024 | 06/01/2024 | | $245 46 | | | $5,037 02 | | | | | | |
| Funds Application | 08/07/2024 | 05/01/2024 | | | | | $5,037 02 | | | | | | |
| Funds Application | 08/07/2024 | 05/01/2024 | | $285 43 | $499 57 | $679 06 | $5,037 02 | | -$1,464 06 | | | | |
| Statutory Exp Corp Adv Repay | 08/07/2024 | | | | | | $4,357 96 | | -$734 49 | $734 49 | | | |
| Attorney Corp Adv Repay | 08/07/2024 | | | | | | $4,357 96 | | -$160 80 | $160 80 | | | |
| Misc Default Exp Corp Adv | 08/05/2024 | | | | | | $4,357 96 | | | $200 00 | | | |
| Statutory Exp Corp Adv | 08/05/2024 | | | | | | $4,357 96 | | | $0 88 | | | |
| Statutory Exp Corp Adv | 08/05/2024 | | | | | | $4,357 96 | | | $0 88 | | | |

| Description | Date | Date 2 | Col A | Col B | Col C | Col D | Balance | Col F | Col G | Col H |
|---|---|---|---|---|---|---|---|---|---|---|
| Statutory Exp Corp Adv | 08/05/2024 | | | | | | $4,357 96 | | $0 88 | |
| Modified Payment | 07/31/2024 | 05/01/2024 | $1,465 00 | | | | $4,357 96 | $1,465 00 | | |
| Funds Application | 07/22/2024 | 05/01/2024 | $160 80 | | | | $4,357 96 | $160 80 | | |
| Funds Application | 07/22/2024 | 05/01/2024 | $734 49 | | | | $4,357 96 | $734 49 | | |
| Funds Application | 07/18/2024 | 04/01/2024 | | | | | $4,357 96 | | | |
| Funds Application | 07/18/2024 | 04/01/2024 | | $284 69 | $500 31 | $679 06 | $4,357 96 | -$1,464 06 | | |
| Statutory Exp Corp Adv Repay | 07/05/2024 | | | | | | $3,678 90 | -$1,311 58 | $1,311 58 | |
| Statutory Exp Corp Adv Repay | 07/05/2024 | | | | | | $3,678 90 | -$181 00 | $181 00 | |
| Attorney Corp Adv Repay | 07/05/2024 | | | | | | $3,678 90 | -$157 38 | $157 38 | |
| Attorney Corp Adv Repay | 07/05/2024 | | | | | | $3,678 90 | -$140 62 | $140 62 | |
| Funds Application | 07/01/2024 | 04/01/2024 | $1,468 96 | | | | $3,678 90 | $1,468 96 | | |
| Funds Application | 07/01/2024 | 04/01/2024 | $321 62 | | | | $3,678 90 | $321 62 | | |
| Modified Payment | 07/01/2024 | 04/01/2024 | $1,465 00 | | | | $3,678 90 | $1,465 00 | | |
| Attorney Corp Adv Repay | 06/04/2024 | | | | | | $3,678 90 | -$160 80 | $160 80 | |
| Attorney Corp Adv Repay | 06/04/2024 | | | | | | $3,678 90 | -$734 49 | $734 49 | |
| Funds Application | 06/03/2024 | 04/01/2024 | $734 49 | | | | $3,678 90 | $734 49 | | |
| Funds Application | 06/03/2024 | 04/01/2024 | $160 80 | | | | $3,678 90 | $160 80 | | |
| Hazard Ins Disbursement | 05/22/2024 | 06/01/2024 | -$958 00 | | | -$958 00 | $3,678 90 | | | |
| Attorney Corp Adv Repay | 05/14/2024 | | | | | | $4,636 90 | -$318 48 | $318 48 | |
| Funds Application | 05/13/2024 | 03/01/2024 | | | | | $4,636 90 | | | |
| Funds Application | 05/13/2024 | 03/01/2024 | | $283 95 | $501 05 | $679 06 | $4,636 90 | -$1,464 06 | | |
| Modified Payment | 05/10/2024 | 03/01/2024 | $1,500 00 | | | | $3,957 84 | $1,500 00 | | |
| Misapplication Reversal | 05/10/2024 | 03/01/2024 | | | | | $3,957 84 | -$1,210 35 | | |
| Funds Application | 05/07/2024 | 03/01/2024 | | | | | $3,957 84 | $1,210 35 | | -$1,210 35 * |
| Restricted Corp Adv Adj | 05/07/2024 | | $1,210 35 | | | | $3,957 84 | | $1,210 35 | |
| Attorney Corp Adv Repay | 05/07/2024 | | | | | | $3,957 84 | -$54 55 | $54 55 | |
| Funds Application | 05/06/2024 | 03/01/2024 | | | | | $3,957 84 | | | |
| Funds Application | 04/30/2024 | 02/01/2024 | | | | | $3,957 84 | | | |
| Funds Application | 04/30/2024 | 02/01/2024 | | $283 21 | $501 79 | $679 06 | $3,957 84 | -$1,464 06 | | |
| Statutory Exp Corp Adv Repay | 04/30/2024 | | | | | | $3,278 78 | -$489 31 | $489 31 | |
| Attorney Corp Adv Repay | 04/30/2024 | | | | | | $3,278 78 | -$2,190 01 | $2,190 01 | |
| Funds Application | 04/29/2024 | 02/01/2024 | $1,468 97 | | | | $3,278 78 | $1,468 97 | | |
| Funds Application | 04/29/2024 | 02/01/2024 | $1,210 35 | | | | $3,278 78 | $1,210 35 | | |
| Funds Application | 04/29/2024 | 02/01/2024 | $321 62 | | | | $3,278 78 | $321 62 | | |
| City Tax Disbursement | 04/12/2024 | 04/01/2024 | -$2,048 24 | | | -$2,048 24 | $3,278 78 | | | |
| Funds Application | 04/08/2024 | 01/01/2024 | | | | | $5,327 02 | | | |
| Funds Application | 04/08/2024 | 01/01/2024 | | $282 47 | $502 53 | $679 06 | $5,327 02 | -$1,464 06 | | |
| Modified Payment | 04/05/2024 | 01/01/2024 | $1,500 00 | | | | $4,647 96 | $1,500 00 | | |
| Misc Default Exp Corp Adv Repay | 03/26/2024 | | | | | | $4,647 96 | -$110 00 | $110 00 | |
| Attorney Corp Adv Repay | 03/26/2024 | | | | | | $4,647 96 | -$624 49 | $624 49 | |
| Funds Application | 03/22/2024 | 01/01/2024 | $734 48 | | | | $4,647 96 | $734 48 | | |
| Funds Application | 03/22/2024 | 01/01/2024 | $160 81 | | | | $4,647 96 | $160 81 | | |
| Funds Application | 03/04/2024 | 12/01/2023 | | | | | $4,647 96 | | | |
| Funds Application | 03/04/2024 | 12/01/2023 | | $281 74 | $503 26 | $679 06 | $4,647 96 | -$1,464 06 | | |
| Modified Payment | 03/01/2024 | 12/01/2023 | $1,470 00 | | | | $3,968 90 | $1,470 00 | | |
| Attorney Corp Adv Repay | 02/27/2024 | | | | | | $3,968 90 | -$734 49 | $734 49 | |
| Funds Application | 02/26/2024 | 12/01/2023 | $734 49 | | | | $3,968 90 | $734 49 | | |
| Funds Application | 02/26/2024 | 12/01/2023 | $160 80 | | | | $3,968 90 | $160 80 | | |
| Funds Application | 01/29/2024 | 11/01/2023 | | | | | $3,968 90 | | | |
| Funds Application | 01/29/2024 | 11/01/2023 | | $281 01 | $503 99 | $679 06 | $3,968 90 | -$1,464 06 | | |
| Modified Payment | 01/26/2024 | 11/01/2023 | $1,465 00 | | | | $3,289 84 | $1,465 00 | | |
| Attorney Corp Adv Repay | 01/18/2024 | | | | | | $3,289 84 | -$734 48 | $734 48 | |
| Funds Application | 01/17/2024 | 11/01/2023 | $160 81 | | | | $3,289 84 | $160 81 | | |
| Funds Application | 01/17/2024 | 11/01/2023 | $734 48 | | | | $3,289 84 | $734 48 | | |
| Funds Application | 01/02/2024 | 10/01/2023 | | | | | $3,289 84 | | | |
| Funds Application | 01/02/2024 | 10/01/2023 | | $280 28 | $504 72 | $679 06 | $3,289 84 | -$1,464 06 | | |
| Modified Payment | 12/29/2023 | 10/01/2023 | $1,464 06 | | | | $2,610 78 | $1,464 06 | | |
| Misc Corp Adv Repay | 12/29/2023 | | $181 00 | | | | $2,610 78 | | $181 00 | |
| Misc Corp Adv Repay | 12/29/2023 | | $850 00 | | | | $2,610 78 | | $850 00 | |
| Misc Corporate Adv Disb | 12/29/2023 | | | | | | $2,610 78 | | $181 00 | |
| Misc Corporate Adv Disb | 12/29/2023 | | | | | | $2,610 78 | | $850 00 | |
| Funds Application | 12/28/2023 | 10/01/2023 | | | | $311 29 | $2,610 78 | -$311 29 | | |
| Attorney Corp Adv Repay | 12/28/2023 | | | | | | $2,299 49 | -$126 53 | $126 53 | |
| Funds Application | 12/04/2023 | 09/01/2023 | | | | | $2,299 49 | | | |
| Funds Application | 12/04/2023 | 09/01/2023 | | $279 55 | $505 45 | $679 06 | $2,299 49 | -$1,464 06 | | |
| Funds Application | 12/01/2023 | 09/01/2023 | $734 48 | | | | $1,620 43 | $734 48 | | |
| Funds Application | 12/01/2023 | 09/01/2023 | $160 81 | | | | $1,620 43 | $160 81 | | |
| Funds Application | 11/14/2023 | 08/01/2023 | | | | | $1,620 43 | | | |
| Funds Application | 11/14/2023 | 08/01/2023 | | $278 82 | $506 18 | $685 24 | $1,620 43 | -$1,470 24 | | |
| Modified Payment | 11/10/2023 | 08/01/2023 | $1,480 00 | | | | $935 19 | $1,480 00 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Funds Application | 10/27/2023 | 08/01/2023 | $772 81 | | | | $935 19 | | $772 81 | | |
| Funds Application | 10/27/2023 | 08/01/2023 | $169 20 | | | | $935 19 | | $169 20 | | |
| Funds Application | 10/26/2023 | 07/01/2023 | | | | | $935 19 | | | | |
| Funds Application | 10/26/2023 | 07/01/2023 | | $278 10 | $506 90 | $685 24 | $935 19 | | | | |
| Funds Application | 10/26/2023 | 06/01/2023 | | | | | $249 95 | | | | |
| Escrow Advance Repymt | 10/26/2023 | 06/01/2023 | | | | -$435 29 | $249 95 | | | | |
| Funds Application | 10/26/2023 | 06/01/2023 | | $277 38 | $507 62 | $685 24 | $685 24 | $435 29 | -$2,940 48 | | |
| Misc Default Exp Corp Adv | 10/18/2023 | | | | | | $435 29 | | $200 00 | | |
| Statutory Exp Corp Adv | 10/18/2023 | | | | | | $435 29 | | $0 87 | | |
| Statutory Exp Corp Adv | 10/18/2023 | | | | | | $435 29 | | $0 87 | | |
| Statutory Exp Corp Adv | 10/18/2023 | | | | | | $435 29 | | $0 87 | | |
| Modified Payment | 10/13/2023 | 06/01/2023 | $2,180 00 | | | | $435 29 | $2,180 00 | | | |
| Misc Default Exp Corp Adv | 10/12/2023 | | | | | | $435 29 | | $100 00 | | |
| Statutory Exp Corp Adv | 10/12/2023 | | | | | | $435 29 | | $0 63 | | |
| Statutory Exp Corp Adv | 10/12/2023 | | | | | | $435 29 | | $0 63 | | |
| Statutory Exp Corp Adv | 10/12/2023 | | | | | | $435 29 | | $0 63 | | |
| Funds Application | 10/04/2023 | 05/01/2023 | | | | | $435 29 | | | | |
| Escrow Advance Repymt | 10/04/2023 | 05/01/2023 | | | | -$685 24 | $435 29 | | | | |
| Funds Application | 10/04/2023 | 05/01/2023 | | $276 66 | $508 34 | $685 24 | $685 24 | $1,120 53 | -$1,470 24 | | |