In re:

Claude C. Mollenthiel

Tamayo Mollenthiel

   Debtors

Case No. 19-03635-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: fnldecnd | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Claude C. Mollenthiel, Tamayo Mollenthiel, 1 Blair Court, E. Stroudsburg, PA 18301-1343 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| aty | | Christopher A. Reese, Stradley, Ronon, Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098 |
| 5244963 | + | Borough of East Stroudsburg, 24 Analomink Street, East Stroudsburg, PA 18301-2801 |
| 5239359 | | Creative Mobile Technologies, LLC, 42-32-21st Street, Long Island City, NY 11101 |
| 5266863 | + | DePalma Acquisition I LLC, c/o Field Point Servicing LLC, P.O. Box 671, Port Chester, NY 10573-0671 |
| 5239361 | | East Stroudsburg Borough, 24 Analomink St., P.O. Box 303, East Stroudsburg, PA 18301-0303 |
| 5239363 | + | Field Point Capital Management, 35 Vista Dr., Greenwich, CT 06830-7128 |
| 5239364 | + | John C. Prevoznik, Esq., 47 South Courtland Street, East Stroudsburg, PA 18301-2872 |
| 5239366 | | Lehigh Valley United, 1344 North Sherman St., Allentown, PA 18109 |
| 5239367 | | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 5239370 | + | MRC Recovery Inc., 111 College Rd. #14, Selden, NY 11784-2800 |
| 5239373 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 5239376 | + | Powell, Rogers & Speaks, P.O. Box 61107, Harrisburg, PA 17106-1107 |
| 5239380 | + | Vladimire Kaplan, et al, c/o Andrew L. Statmore, Fredson & Statmore, LLC, 915 Clifton Ave., Suite 100, Clifton, NJ 07013-2725 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2024 18:52:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5239357 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2024 18:40:49 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5239360 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 23 2024 18:52:35 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5239365 | | Email/Text: tullio.deluca@verizon.net | Dec 23 2024 18:43:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5239368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2024 18:52:45 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5242496 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2024 18:52:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5239369 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2024 18:43:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 5239371 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 23 2024 18:43:00 | NY State Dept. of Taxation & Finance, Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300 |

| 5239372 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|
| | | Dec 23 2024 18:43:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5239374 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 23 2024 18:43:00 | PNC Bank, Consumer Loan Center, Mailstop: P5-PCLC-02-R, 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 5267283 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 23 2024 18:43:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5239375 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 23 2024 18:52:36 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5260086 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 23 2024 18:41:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5239377 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 23 2024 18:41:22 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5239378 | + Email/Text: bankruptcy@rubinrothman.com | | |
| | | Dec 23 2024 18:43:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 5240252 | ^ MEBN | | |
| | | Dec 23 2024 18:38:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5239358 | *+ | Claude C. Mollenthiel, 1 Blair Court, E. Stroudsburg, PA 18301-1343 |
| 5239379 | *+ | Tamayo Mollenthiel, 1 Blair Court, E. Stroudsburg, PA 18301-1343 |
| 5239362 | ##+ | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Christopher A. Reese | |
| | on behalf of Creditor DePalma Acquisition I LLC creese@stradley.com |
| David Fitzgibbon | |
| | on behalf of Creditor DePalma Acquisition I LLC Dfitzgibbon@stradley.com |

Denise E. Carlon

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Gregory Thomas Sturges

on behalf of Creditor Field Point Capital Management Co. sturgesg@gtlaw.com  herrinm@gtlaw.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Tullio DeLuca

on behalf of Debtor 1 Claude C. Mollenthiel tullio.deluca@verizon.net

Tullio DeLuca

on behalf of Debtor 2 Tamayo Mollenthiel tullio.deluca@verizon.net

Tullio DeLuca

on behalf of Plaintiff Tamayo Mollenthiel tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Claude C. Mollenthiel, | Chapter | 13 |
| aka Claude Carl Mollenthiel, aka Claude Mollenthiel, | | |
| **Debtor 1** | Case No. | 5:19−bk−03635−MJC |

Tamayo Mollenthiel,
aka Tamayo S. Mollenthiel, aka Tamayo Shimosakoda
Mollenthiel,

**Debtor 2**

Social Security No.:

xxx−xx−0044          xxx−xx−7203

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Claude C. Mollenthiel and Tamayo Mollenthiel** in accordance with §1328 of the Bankruptcy Code.

By the Court,

_Mark J. Conway_

Mark J. Conway, United States Bankruptcy Judge

Dated:  December 23, 2024

**fnldec** (01/22)